COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Jawaid A. Parker v. State of Texas

Appellate case number:     01-16-00574-CR

Trial court case number:   1435056

Trial court:                    182nd District Court

The Clerk of this Court is instructed to transfer the trial court record from appellate cause number 01–16–00137–CR to 01–16–00574–CR, unless any party objects within 10 days of the date of this order.

It is so ORDERED.


Judge's signature: _/s/ Chief Justice Sherry Radack_
                        ☒ Acting individually      ☐ Acting for the Court


Date: _November 8, 2016_